IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs <br><br> 1) MARIBEL RODRIGUEZ-FRAGOSO <br> 2) ANGEL HERNANDEZ-NUÑEZ <br> 3) **VICTOR GONZALEZ-CRUZ** <br> 4) JOSE DAVID SANJURJO-CARILLO <br> 5) ALEXANDER CALDERON-LOPEZ <br> 6) CARLOS NATAL-SILVA <br> 7) FELIX AQUINO-HIRALDO <br> 8) JOSE CASTRO-ARROYO <br> 9) CHRISTIAN ESCALERA-RODRIGUEZ <br> 10) EDWIN SAMUEL LISBOA-GARCIA <br> 11) JOSE E. NAVARRO-RIVERA <br> 12) LUIS D. VAZQUEZ-RIVERA <br> 13) NICOLAS RIVERA-LUCIANO <br> 14) LUIS AYALA-HERRERA <br> 15) MARIO MACEIRA-ESPIRITUSANTO <br> 16) HUGO E. OQUENDO-ALEJANDRO <br> 17) GERARDO I. BETANCOURT-ESTRELLA <br> 18) NELSON ORTIZ-CHERVONY <br> 19) ORSI GERMAN RODRIGUEZ-CONTRERAS <br> 20) RODOLFO TORRES-CORTES <br> 21) JOSE OMAR CARABALLO-NIEVES <br> 22) EUGENE A. ROMERO-SANTIAGO <br> 23) ANGEL L. MORALES-SEDA <br> 24) ARMANDO MEDINA-GUZMAN <br> 25) JESUS MANUEL LAUREANO-PEREZ <br><br> Defendants | CRIMINAL 12-0434CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 12, 2014 (**docket entry 798**) on a Rule 11 proceeding of defendant [3] Víctor González-Cruz before U.S. Magistrate Judge Silvia Carreño-Coll on February 6, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

CRIMINAL 12-0434CCC                                2

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 6, 2014.  The **sentencing hearing is set for May 7, 2014 at 4:15 PM**.

      The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g).  The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

      SO ORDERED.

      At San Juan, Puerto Rico, on March 4, 2014.

                            S/CARMEN CONSUELO CEREZO
                            United States District Judge